# **EXHIBIT A**

SENTINEL INSURANCE COMPANY, LTD
THE HARTFORD
8711 UNIVERSITY EAST DRIVE
CHARLOTTE NC 28213

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

S.H. SILVER CO., INC.
2055 WOODSIDE RD STE 200
REDWOOD CITY CA 94061

Producer: 141591

ABD INS AND FINANCIAL SERVICES INC
777 MARINERS ISLAND BLVD 250,
SAN MATEO CA 94404

Policy No.: 57SBADW0824
Type of Policy: SPECTRUM
Date of Expiration: 09/18/2021; 12:01 A.M. Local Time at the mailing address of the Named Insured.

We will not renew this policy when it expires. Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is the loss experience on this policy has exceeded a level that The Hartford considers to be acceptable. The ratio of losses to premium on your policy is 12,205% for the past three years.

The actions being taken by The Hartford company under the terms of this notice, apply to all of The Hartford companies designated in the policies shown in this notice.

This policy provides basic property insurance on your property. You should contact your agent concerning coverage through another insurer, or your eligibility for coverage through the California Fair Plan, P.O. Box 76924, Los Angeles, CA 90076, Phone: (800) 339-4099 or www.cfpnet.com.

Home Office Copy

Named Insured

S.H. SILVER CO., INC.
2055 WOODSIDE RD STE 200
REDWOOD CITY CA 94061

Date Mailed:
9th day of July, 2021

Susan L. Castaneda

SUSAN L. CASTANEDA