# EXHIBIT B

**From:** Card, Brian A (Small Commercial)
**Sent:** Thursday, March 4, 2021 10:26 AM
**To:** Weimer, Heidi J (Small Commercial)
**Subject:** FW: LLA - New Large Loss Notice - S.H. SILVER CO., INC., 57SBADW0824, Small Business, Commercial Property, $7,218,000.00 [CONFIDENTIAL]
**Attachments:** S.H. SILVER CO LLN.pdf

Heidi – Can you please ensure this gets set up for non-renewal.

**Brian Card**
Regional Director- Northern California
Small Commercial Underwriting

THE HARTFORD
Business Insurance
Employee Benefits
Auto
Home

The Hartford
3600 Wiseman Boulevard
San Antonio TX 78251
W: 830-224-7250
brian.card@thehartford.com

www.thehartford.com
www.facebook.com/thehartford
twitter.com/thehartford

**Click any button to access self-service options at your convenience.**

**EBC Endorsement and ICON Quoting** | **Digital Tools for Your Customers**

---

**From:** Ripa, Hector (Small Commercial)
**Sent:** Thursday, March 04, 2021 12:02 PM
**To:** Card, Brian A (Small Commercial) <brian.card@thehartford.com>
**Subject:** FW: LLA - New Large Loss Notice - S.H. SILVER CO., INC., 57SBADW0824, Small Business, Commercial Property, $7,218,000.00 [CONFIDENTIAL]

Brian, if suggested approach is anything other than non-renewal, please let me know.

Thanks,
Hector

---

**From:** Steele, Lori H (Small Commercial)
**Sent:** Thursday, March 4, 2021 11:45 AM
**To:** Card, Brian A (Small Commercial) <brian.card@thehartford.com>; Ripa, Hector (Small Commercial) <Hector.Ripa@thehartford.com>; Harper, Erica M (Small Commercial) <Erica.Harper@thehartford.com>;

McHone, Ian M (Small Commercial) <Ian.Mchone@thehartford.com>; Walker, Laura J. J (Small Commercial) <Laura.Walker@thehartford.com>
**Cc:** Cochran, Chris (Small Commercial) <Christopher.Cochran@thehartford.com>
**Subject:** LLA - New Large Loss Notice - S.H. SILVER CO., INC., 57SBADW0824, Small Business, Commercial Property, $7,218,000.00 [CONFIDENTIAL]

Please find the following Link to the new Large Loss Analysis site where you can access the LLA for this loss that is now available for review and comments:

http://teams.thehartford.com/team/UnderwritingLLA/Lists/UnderwritingLargeLossAnalysis/Item/displayifs.aspx?List=43f06c4f%2Dfaf7%2D4295%2Daeef%2D3b1a7a3021c5&ID=3297&Source=http%3A%2F%2Fteams%2Ethehartford%2Ecom%2Fteam%2FUnderwritingLLA%2FSitePages%2FLLAReviews%2Easpx&ContentTypeId=0x0100C63BEC9DA57E5B438FCBD74D2E19A03B

**Thank you,**

**Lori Steele, CIC**
8711 University East Drive
Charlotte, NC 28229
Phone: 17049725769
lori.steele@thehartford.com

**Quality Management Team**
Sr. Quality Consultant

---

**From:** Claims Business Technology Consulting - Customer Portal [mailto:sharepoint.notifications@thehartford.com]
**Sent:** Tuesday, March 02, 2021 11:32 AM
**To:** Cochran, Chris (Small Commercial) <Christopher.Cochran@thehartford.com>
**Subject:** New Large Loss Notice - S.H. SILVER CO., INC., 57SBADW0824, Small Business, Commercial Property, $7,218,000.00

A new Large Loss Notice has been created for S.H. SILVER CO., INC. by Phatsaly Phanthip

- **Insured Name**: S.H. SILVER CO., INC.
- **Policy Number**: 57SBADW0824
- **Claim Number**: CP0018955690
- **Claim Group**: All Claims Groups
- **Claim Office Name**: Property Major Case - Field
- **Segment**: Small Business
- **Line of Business**: Commercial Property
- **Division**: Western Division
- **Regional Office**: Northern California
- **Loss State Region**: West
- **Loss State**: CA
- **Reserve Amount**: $7,218,000.00
- **Policy Status**: ACTIVE
- **DOL:** 12/31/2020
- **Risk State:** CA
- **Claim Description:** Burglary
- **CAT Code:** N/A

- **SIC:** 5094

Click here to view all Large Loss Notices.

Click here to manage your email subscriptions for LLNs.