David E. Weiss (SBN 148147)
Cristina M. Shea (SBN 179895)
T. Connor O'Carroll (SBN 312920)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email: dweiss@reedsmith.com
Email: cshea@reedsmith.com
Email: cocarroll@reedsmith.com

Attorneys for Plaintiff
S.H. Silver Co., Inc.

Andrew B. Downs, SBN 111435
E-mail: andy.downs@bullivant.com
Ann K. Johnston, SBN 145022
E-mail: ann.johnston@bullivant.com
Ted A. Smith, SBN 159986
E-mail: ted.smith@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant
Sentinel Insurance Company, Ltd.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.H. SILVER CO., INC.,

Plaintiff,

vs.

SENTINEL INSURANCE COMPANY, LIMITED,

Defendant.

No.: 3:24-cv-00017-AMO

**JOINT STIPULATION TO CONTINUE CERTAIN DISCOVERY/CASE DEADLINES AND [PROPOSED] ORDER**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 6-2 and the Court's December 11, 2024 Order (Dkt. 41), Plaintiff S.H. Silver Co., Inc. ("Plaintiff") and Defendant Sentinel Insurance Company, Limited ("Defendant") (collectively, "Parties"), by and through their respective undersigned counsel, hereby submit this stipulation and agree as follows:

1. On December 11, 2024, the Court entered an order setting/amending certain case deadlines regarding discovery, motion practice, and trial (Dkt. 41).

2. The Parties have met and conferred and agree that certain minor adjustments to the Court's December 11, 2024 scheduling order are necessary—none of which affect the pretrial or trial settings.

3. As explained in the declarations of Cristina M. Shea and Andrew B. Downs, which are filed concurrently herewith, good cause supports amending the Court's scheduling order.

4. In sum, good cause exists because several important depositions, including one deposition ordered by Judge Kang, were completed during the final week of fact discovery and the Parties' experts require additional time to review such testimony to finish their Rule 26 reports. (Shea Decl. ¶¶ 7-14; Downs Decl. ¶¶ 2-4).

5. Accordingly, the Parties respectfully request that this Court moderately extend certain expert discovery deadlines, all of which should be consistent with the sequencing set forth in the Court's current scheduling order:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of fact discovery | March 21, 2025 | No Change |
| Parties' Stipulation re Continued ADR Process and Timing | April 22, 2025 | No Change |
| Parties to provide initial expert disclosure(s) and report(s) | April 1, 2025 | April 14, 2025 |
| Parties to identify rebuttal expert(s) and provide rebuttal expert report(s) | April 8, 2025 | April 21, 2025 |
| Close of expert discovery | May 2, 2025 | May 7, 2025 |

| | | |
|---|---|---|
| Deadline to file summary judgement motion | May 16, 2025 | No Change |
| Deadline to file opposition summary judgment motion | May 30, 2025 | No Change |
| Deadline to file reply in support of summary judgment motion | June 6, 2025 | No Change |
| Hearing on summary judgment and Daubert motions | To be set by moving party based on Court's availability at the time of filing. | |
| Joint pretrial conference statement | January 2, 2026 | No Change |
| Pretrial conference | January 22, 2026 | No Change |
| Jury trial (5 days) | February 23, 2026 | No Change |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: March 24, 2025

REED SMITH LLP

By: */s/ Cristina M. Shea*
David E. Weiss (SBN 148147)
Cristina M. Shea (SBN 179895)
Connor O'Carroll (SBN 312920)

Attorneys for S.H. Silver Co., Inc.

DATED: March 24, 2025

BULLIVANT HOUSER BAILEY PC

By */s/ Andrew B. Downs*
Andrew B. Downs
Ann K. Johnston
Ted A. Smith

Attorneys for Defendant Sentinel Insurance Company, Limited

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**FILER'S ATTESTATION**

Pursuant to Section 5-1(i)(3) of the NDCAL Local Rules, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

By: /s/ *Cristina M. Shea*
Cristina M. Shea

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, and good cause appearing, **IT IS SO ORDERED** that the deadlines set forth in the Court's December 11, 2024 Scheduling Order (Dkt. 41) are hereby amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of fact discovery | March 21, 2025 | No Change |
| Parties' Stipulation re Continued ADR Process and Timing | April 22, 2025 | No Change |
| Parties to provide initial expert disclosure(s) and report(s) | April 1, 2025 | April 14, 2025 |
| Parties to identify rebuttal expert(s) and provide rebuttal expert report(s) | April 8, 2025 | April 21, 2025 |
| Close of expert discovery | May 2, 2025 | May 7, 2025 |
| Deadline to file summary judgement motion | May 16, 2025 | No Change |
| Deadline to file opposition summary judgment motion | May 30, 2025 | No Change |
| Deadline to file reply in support of summary judgment motion | June 6, 2025 | No Change |
| Hearing on summary judgment and Daubert motions | To be set by moving party based on Court's availability at the time of filing. | |
| Joint pretrial conference statement | January 2, 2026 | No Change |
| Pretrial conference | January 22, 2026 | No Change |
| Jury trial (5 days) | February 23, 2026 | No Change |

Any party may seek modification of this Order for good cause. A request for an extension of any deadline set forth above must be filed at least seven days prior to the expiration of that deadline.

DATED: ______________________

______________________
Hon. Araceli Martinez-Olguin
United States District Judge