David E. Weiss (SBN 148147)
Cristina M. Shea (SBN 179895)
T. Connor O'Carroll (SBN 312920)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email: dweiss@reedsmith.com
Email: cshea@reedsmith.com
Email: cocarroll@reedsmith.com

Attorneys for Plaintiff
S.H. Silver Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.H. SILVER CO., INC.,

Plaintiff,

vs.

SENTINEL INSURANCE COMPANY, LIMITED,

Defendant.

No.: 3:24-cv-00017-AMO

**DECLARATION OF CRISTINA M. SHEA IN SUPPORT OF THE PARTIES' JOINT STIPULATION TO CONTINUE CERTAIN DISCOVERY/CASE DEADLINES**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**DECLARATION OF CRISTINA M. SHEA**

I, Cristina M. Shea, declare as follows:

1. I am an attorney admitted to practice before this Court and counsel of record for Plaintiff S.H. Silver Co., Inc. ("Plaintiff") in this matter. Pursuant to Local Rule 6-2, I make this Declaration in support of Plaintiff's and Defendant Sentinel Insurance Company, Limited's ("Defendant") Stipulation to Continue Certain Case Deadlines. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would competently testify thereto.

2. On May 30, 2024, the Court issued its initial Scheduling Order (Dkt. 24).

3. On September 5, 2025, the Court modified its initial Scheduling Order (Dkt. 32)

4. In November 2025, Plaintiff's lead trial counsel, David E. Weiss, was hospitalized unexpectedly while traveling for business in New York City. After spending some time in a New York hospital, Mr. Weiss traveled back to his home in northern California for further evaluation and medical treatment.

5. Mr. Weiss is currently on medical leave, and I filed a notice of appearance to serve as Plaintiff's new lead trial counsel on December 9, 2024.

6. On December 11, 2024, the Court further modified its Scheduling Order (Dkt. 41).

7. On January 29, 2025, Plaintiff and Defendant filed a Joint Discovery Letter Brief concerning the discoverability of certain evidence related to Defendant's decision to non-renew Plaintiff's insurance policy (Dkt. 42).

8. Also on January 29, 2025, this Court referred the Parties' discovery dispute to Magistrate Judge Peter Kang (Dkt. 43).

9. On January 31, 2025, Judge Kang issued an Order requiring lead counsel to meet and confer in person regarding the Parties' discovery disputes (Dkt. 45).

10. Consistent with Judge Kang's Order, on February 7, 2025, I met and conferred in-person with Defendant's lead trial counsel, Andrew Downs, regarding the Parties' discovery disputes. Although the Parties met and conferred in good faith, the Parties were unable to resolve their discovery disagreements.

11. On February 11, 2025, Plaintiff and Defendant filed a second Joint Discovery Letter (Dkt. 46) requesting an order from Judge Kang.

12. On February 18, 2025, Judge Kang issued an Order resolving the parties' disputes (Dkt. 47) and required Defendant to (1) produce certain documents to Plaintiff by March 20, 2025 and (2) produce a corporate representative for deposition, which occurred on March 21, 2025.

13. The documents and deposition testimony ordered by Judge Kang are important to Plaintiff's expert's work and Plaintiff's expert requires additional time to review such testimony/documents before completing a Rule 26 report. Moreover, the Parties are currently meeting and conferring in good faith to resolve certain disagreements regarding the propriety of Defendant's redactions to certain Court-ordered documents.

14. Accordingly, Plaintiff respectfully requests that this Court moderately extend certain expert discovery deadlines, as set forth in the Parties' Joint Stipulation filed concurrently herewith. Extending the expert disclosure deadline by two weeks, the rebuttal disclosure deadline by the same amount of time, and the close of expert discovery by five calendar days, will promote efficiency while leaving all the remaining deadlines, including the summary judgment deadline, in place.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2025 in San Francisco, California.

*/s/ Cristina M. Shea*
Cristina M. Shea

REED SMITH LLP
A limited liability partnership formed in the State of Delaware